IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CR. NO. 05-20018-Ma

STEVE COOPER,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

---

Before the court is the October 26, 2005, unopposed motion of the defendant requesting continuance of the report date set October 28, 2005. The continuance is necessary to allow for the continuity of counsel.

The Court grants the motion and continues the trial date to December 5, 2005, at 9:30 a.m. with a report date of November 23, 2005, at 2:00 p.m.

The period from November 18, 2005, through December 16, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to permit continuity of counsel.

**IT IS SO ORDERED** this the 28th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20018 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT